UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **NATHAN ROWAN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**ALL WEB LEADS, INC.**,<br><br>*Defendant.* | Case No. 1:25-cv-02080-ADA-ML<br><br>**CLASS ACTION** |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Nathan Rowan ("Plaintiff") and Defendant All Web Leads, Inc. ("Defendant") hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 11th day of March, 2026. Respectfully submitted,


By: /s/ Nayeem N. Mohammed
Nayeem N. Mohammed
Law Office of Nayeem N. Mohammed
539 W. Commerce Street, Suite 1899
Dallas, TX 75208
972-767-9099
Email: nayeem@nnmpc.com

*Attorney for Plaintiff and the putative Class*

By:/s/ Peter D. Kennedy
Peter D. Kennedy
Texas State Bar No. 11296650
pkennedy@gdhm.com
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701-3587
Telephone: (512) 480-5764
Facsimile: (512) 536-9908

*Counsel for Defendant*